

## NUMBER 13-12-00739-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

## IN RE LEGACY HOME HEALTH AGENCY INC.

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Relator, Legacy Home Health Agency Inc., filed a petition for writ of mandamus in the above cause on December 6, 2012. The Court requested and received a response to the petition for writ of mandamus from the real party in interest, Apex Primary Care Inc.

The Court, having examined and fully considered the petition for writ of mandamus and the response thereto, is of the opinion that relator has not shown itself

entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.

*See* TEX. R. APP. P. 52.4, 52.8(a),(d).

PER CURIAM

Delivered and filed the
4th day of January, 2013.